**88-1582.** State, ex rel. Kavalec, v. Parma. *Cuyahoga County,* No. 53829. On motion to amend memorandum in support. Motion granted.

**88-1609.** State v. Fahy. *Henry County,* No. 7-87-5. On motion to dismiss. Motion to dismiss overruled.

Moyer, C.J., and Wright, J., dissent.

On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Wright, J., dissent.

**88-1624.** State v. Dotson. *Richland County,* No. 2568. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.

**88-1627.** State v. Huertas. *Lorain County,* No. 4202. On motion to withdraw as counsel. Motion granted.

Sweeney and Douglas, JJ., would appoint the Ohio Public Defender if appellant is indigent.

**88-1651.** Heritage Hills, Ltd. v. Deacon. *Ross County,* No. 1423. On motion for leave to file *amicus.* Motion granted.

**88-1654.** State v. Gawloski. *Cuyahoga County,* No. 54057. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.